**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
*WALGREEN CO.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EMERY DYER, | ) |
| | ) Case No: 2:21-cv-01739-RFB-DJA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WALGREEN CO.; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, EMERY DYER, and Defendant, WALGREEN CO., by and through their

. . .

. . .

. . .

. . .

. . .

. . .

1

respective attorneys of record, that all of Plaintiff's claims in this matter against the defendant be dismissed, with prejudice, with each party to pay its own attorney fees and costs incurred.

| December 21, 2021. | December 21, 2021. |
|---|---|
| **GERALD I. GILLOCK & ASSOCIATES** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| /s/ _____ | /s/ _____ 10934 |
| **GERALD I. GILLOCK, ESQ.**<br>Nevada Bar No. 51<br>**MICHAEL H. COGGESHALL, ESQ.**<br>Nevada Bar No. 14502<br>428 S. Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No. 5748<br>**JASON ANDREW FOWLER, ESQ.**<br>Nevada Bar No. 8071<br>**JAMES F. HOLTZ, ESQ.**<br>Nevada Bar No. 8119<br>2340 W. Horizon Ridge Parkway,<br>Suite 100<br>Henderson, Nevada 89052<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED:

Dated: _December 27, 2021_

_____
UNITED STATES DISTRICT COURT JUDGE

2